Susan St. .Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-cr-00021-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| JOSEPH MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: December 15, 2011                    NATIONAL PARK SERVICE


/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer

1

1

## <u>ORDER</u>

2

3        Upon application of the United States, and good cause having been shown therefor,

4   IT IS HEREBY ORDERED that the above referenced matter be dismissed, without prejudice,

5   in the interest of justice.

6

7

8

9        IT IS SO ORDERED.

10

Dated:   __December 19, 2011__        _____/s/ *Michael J. Seng*_____

11                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28